No. 80–542. SCHNEIDER v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 80–580. O'HARA ET AL., GUARDIANS v. KOVENS ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–584. WALSH, ADMINISTRATRIX v. LOUISIANA HIGH SCHOOL ATHLETIC ASSN. ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–586. CHEVRON SHIPPING Co. (STANDARD OIL COMPANY OF CALIFORNIA) v. BAPTISTE. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 80–596. O'DONNELL v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 80–624. HUFSTEDLER, SECRETARY OF EDUCATION, ET AL. v. BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–667. WITTENBERG ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–685. THRIF-TEE, INC. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–709. BADWAN ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–720. ASSURE COMPETITIVE TRANSPORTATION, INC. v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–726. IN RE YENGO. Sup. Ct. N. J. Certiorari denied.